```
                  IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION


IN RE: SHANRIKA T LOCKHART               )
                                         )
JPMorgan Chase Bank National             )
Association,                             )
            Creditor,                    )
                                         )
    vs.                                  ) CASE NO. 12B26059
                                         ) JUDGE Pamela S. Hollis
SHANRIKA T LOCKHART,                     )
            Debtor                       )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes JPMorgan Chase Bank National Association, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The following is an itemization of the amounts due on the loan as of May 22, 2014:

    The loan is current.


If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within twenty one days of this notice JPMorgan Chase Bank National Association rights to collect these amounts will be unaffected.

                                    Respectfully Submitted,

                                    JPMorgan Chase Bank National
                                    Association

                                    /s/Jyothi R. Martin
                                    Jyothi R. Martin
                                    ARDC#6293605

                                    Pierce and Associates, P.C.
                                    1 North Dearborn
                                    Suite 1300
                                    Chicago, Illinois 60602
                                    (312)346-9088

```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

| | |
|---|---|
| IN RE: SHANRIKA T LOCKHART | ) |
| | ) |
| JPMorgan Chase Bank National Association, | ) ) |
|       Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 12B26059 |
| | ) JUDGE Pamela S. Hollis |
| SHANRIKA T LOCKHART, | ) |
|       Debtor | ) |

**CERTIFICATE OF SERVICE**

     I, the undersigned Attorney, Certify that a copy of this Response was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on May 23, 2014, with proper postage prepaid.

                                                      /s/Jyothi R. Martin
                                                      Jyothi R. Martin
                                                      ARDC#6293605

| | |
|---|---|
| **\*\*\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\*\*\*** | Pierce and Associates,<br>1 North Dearborn<br>13th Floor<br>Chicago, IL 60602 |

# **Service List**

```
To Trustee:
Frances Gecker
Frank/Gecker, LLC
325 North LaSalle Street,  Suite 625
Chicago, Illinois 60610
```
**by Electronic Notice though ECF**

```
To Debtor:
SHANRIKA T LOCKHART
2231 S 18th Ave
Broadview, IL 60155
```
**by U.S. Mail**

```
To Attorney:
Robert J. Semrad & Associates, L.L.C
William J. Weiler
11101 S. Western Avenue
Chicago, IL 60643
```
**by Electronic Notice though ECF**

```
PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North DearbornSuite 1300
Chicago, Illinois 60602
(312) 346-9088
```

PA12-3548